



ENTERED

AUG 1 7 2004

CLERK U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY ᴍ̇ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

BECKMAN COULTER INC ,          )     SA CV 02-624 AHS (ANx)
                               )
                Plaintiff,     )
                               )
                               )
         v                     )     ORDER ON CLAIMS CONSTRUCTION
                               )     AFTER MARKMAN HEARING
                               )
APPLERA CORPORATION,           )
                               )
                Defendant      )
———————————————————————————————)

I.

PROCEDURAL BACKGROUND

DOCKETED ON CM

AUG 1 7 2004

BY _____ 037

On February 2, 2004, the parties filed opening briefs
for claim construction of U S  Patent No  5,552,580 ('580), U S
Patent No  Re  37,606 ('606), and U S Patent No  Re  37,941
('941)  On February 4, 2004, Beckman Coulter Inc  ("Beckman")
filed a corrected claims construction brief for the '606 and '941
patents  On February 17, 2004, Applera Corporation ("Applera")
filed a corrected claims construction brief for the '580 patent
On February 20, 2004, the parties filed their respective reply

1  briefs   Additionally, Applera filed objections to the submission

2  of the expert declaration of Dr  James Jorgenson   On March 15,

3  2004, Beckman filed a response to Applera's objections   On March

4  22, 2004, following oral argument, the Court took the matter

5  under submission   On March 24, 2004, Applera filed a notice of

6  decision   On March 25, 2004 Beckman filed a request for judicial

7  notice   On April 1, 2004, Applera filed a response to Beckman's

8  request for judicial notice   The Court declines to consider the

9  post-hearing filings of the parties in this matter

10        Having reviewed the briefs and declarations submitted

11  by the parties prior to oral argument, in addition to the

12  arguments of counsel at the hearing, the Court adopts the

13  constructions to the disputed terms in the '580, '606, and '941

14  patents as discussed below   The Court overrules the objections

15  of both parties regarding the submission of evidence

16                                II.

17                        **FACTUAL BACKGROUND**

18        Beckman is the assignee of the three patents-in-suit   On

19  September 3, 1996, the U S  Patent and Trademark Office (PTO)

20  issued the '580 patent   The claims of the '580 teach the invention

21  of a "heated cover device "  The patent, crafted primarily in

22  means-plus-function language, teaches that a cover is heated above

23  the temperature of a vaporizable substance contained within

24  receptacles   The heating of the cover to a temperature slightly

25  above that of the substance prevents condensation and evaporative

26  loss of substance volume during experiments   The specification

27  also describes an automated process for placing the receptacle,

28  which rests on a temperature-controlled plate, beneath the heated

1 cover

2       The claims of the '606 and '941 patents describe the same

3 invention for performing "capillary electrophoresis using

4 replaceable gels " The claims of the '606 are primarily phrased as

5 method claims while the '941 is taught, in large part, by apparatus

6 claims   However, the abstract, description, specification, and

7 figures of each patent are identical   The '606 is a reissue of

8 U S  Patent No  5,332,481 ('481), issued by the PTO on July 26,

9 1994   The '941 is a reissue of U S  Patent No  5,421,980 ('980)

10 issued on June 6, 1995   Many of the terms in dispute between the

11 parties appear in both the '606 and '941 patents

12       "Capillary Electrophoresis" refers to the movement of

13 charged particles through a capillary   The technology is valuable

14 in DNA sequencing   After DNA is injected into the capillary, the

15 patents teach that molecules of different sizes will travel at

16 disparate speeds through a sieving matrix such as polymerized gel

17 and down the capillary   This process allows for the separation and

18 analysis of molecules with like "charge/mass ratios "

19 **III.**

20 **DISPUTED TERMS OF THE '580 PATENT**

21       The Court adopts the following claims constructions for

22 the disputed terms of the '580 patent

23 1.       **"[Cover] Temperature Means for Varying the Temperature of**

24       **the Cover"**

25       '580 Claims 8, 20, 21, 23, and 35   This is a means-plus-

26 function term pursuant to 35 U S C  § 112, ¶6   The claimed

27 function is varying the temperature of the cover   The

28 corresponding structure is a heating element in the form of a

3

1  resistive wire disposed in, or resistive materials deposited on,

2  the cover, and a variable power supply connected to the heating

3  element

4  2.      **"[Control] Means for [Actively] Controlling the**

5          **Temperature Means"**

6          '580 Claims 8, 20, 21, 23, 30, and 35   This is a means-

7  plus-function term pursuant to 35 U S C  § 112, ¶6   The claimed

8  function is actively controlling the temperature means   This means

9  controlling the temperature means to vary the temperature of the

10 cover in response to variations in the temperature of the substance

11 during processing of the substance in the receptacle, and not

12 merely setting the cover at a constant temperature without

13 reference to the temperature of the substance in the receptacle

14 The corresponding structure is a temperature sensor as disclosed at

15 3 12-15 or a microprocessor as disclosed at 5 2-5

16 3.      **"Feedback Means for Feeding Back the Actual Temperature**

17         **of the Cover"**

18         '580 Claim 8  This is a means-plus-function term pursuant

19 to 35 U S C  § 112, ¶6   The claimed function is feeding back the

20 actual temperature of the cover, which means measuring the actual

21 temperature of the cover and providing that information to the

22 control means   The corresponding structure is a temperature sensor

23 as disclosed in the specification at 3 12-15

24 4.      **"Wherein the Control Means Controls the Temperature Means**

25         **to Maintain the Temperature of the Cover to be Slightly**

26         **Above the Temperature of the Substance in the Receptacle"**

27         '580 Claims 9, 16, and 25  varying the temperature of the

28 cover in response to variations in the temperature of the substance

4

1  in the receptacle during processing to maintain a slight
2  temperature differential between the temperature of the cover and
3  the temperature of the substance, and not merely setting the cover
4  at a constant temperature without reference to the temperature of
5  the substance in the receptacle

6  **5.**        **"Means for Positioning the Cover onto the Receptacle"**

7            '580 Claim 10   This is a means-plus-function term
8  pursuant to 35 U S C  § 112, ¶6   The claimed function is the
9  position of the cover onto the receptacle   The corresponding
10 structure is a pivoting support member for the cover, an upper jaw,
11 a lead screw, a motor, and a minicomputer

12 **6.**        **"[Automatic] [Positioning] Means for Automatically**
13            **[Automatic] Positioning [of] the Cover onto the**
14            **Receptacle"**

15            '580 Claims 28, 33, and 36   This is a means-plus-function
16 term pursuant to 35 U S C  § 112, ¶6   The claimed function is
17 automatic positioning of the cover onto the receptacle   The
18 corresponding structure is a pivoting support member for the cover,
19 an upper jaw, a lead screw, a motor, and a minicomputer

20 **7.**        **"Specified Temperature Profile"**

21            '580 Claims 15, 20, 23, 24, 31, 34, 35, and 37  Specified
22 variations in temperature over time during processing of the
23 substance in the receptacle

24 **8.**        **"Means for Providing Automatic Control to Control the**
25            **Positioning of the Cover onto the Receptacle"**

26            '580 Claim 11   This is a means-plus-function term
27 pursuant to 35 U S C  § 112, ¶6   The claimed function is providing
28 automatic control to control the positioning of the cover onto the

5

1  receptacle   The corresponding structure is a minicomputer 54
2  depicted in Fig  1
3  9.       **"Substance Temperature Means for Effecting Temperature**
4           **Control of the Substance in the Receptacle"**
5               '580 Claims 13 and 23   This is a means-plus-function
6  term pursuant to 35 U S C  § 112, ¶6   The claimed function is
7  effecting temperature of the substance in the receptacle   The
8  corresponding structure is disclosed in the specification at 1 54-
9  57, 4 52-56, 4 60-63, 5 5-8, and Fig  6
10 10.      **"Substance Temperature Means for Effecting Temperature**
11          **Control of the Substance in the Receptacle in Accordance**
12          **with a Specified Temperature Profile"**
13              '580 Claims 34 and 37  This is a means-plus-function term
14 pursuant to 35 U S C  § 112, ¶6   The claimed function is effecting
15 temperature of the substance in the receptacle in accordance with a
16 specified temperature profile   The corresponding structure is
17 disclosed in the specification at 1 54-57, 4 52-56, 4 60-63, 5 5-8,
18 and Fig  6
19 11.      **"To Maintain the Temperature of the Cover to be at a**
20          **Substantially Fixed Given Temperature Above the**
21          **Temperature of the Substance in the Receptacle"**
22              '580 Patent claims 17, 21, and 26  The temperature of the
23 cover is varied in response to variations in the temperature of the
24 substance in the receptacle during processing in order to maintain
25 a substantially fixed temperature differential between the cover
26 and the substance in the receptacle
27 //
28 //

1  **12.**        <u>**"To Maintain the Temperature of the Cover 5° C Above the**</u>

2              <u>**Temperature of the Temperature of the Substance in the**</u>

3              <u>**Receptacle"**</u>

4              '580 Claims 18, 22, and 27  The temperature of the cover

5  is varied in reference to the temperature of the substance during

6  processing in order to maintain a temperature differential of

7  approximately 5° C between the cover and the substance in the

8  receptacle

9  **13.**        <u>**"Temperature Means for Creating a Temperature Gradient in**</u>

10             <u>**the Receptacle Above the Substance"**</u>

11             '580 Claim 30  This is a means-plus-function term

12  pursuant to 35 U S C  § 112, ¶6.  The claimed function is creating

13  a temperature gradient in the receptacle   This means varying the

14  temperature of the cover in response to variations in the

15  temperature of the substance in the receptacle in order to maintain

16  a temperature differential between them, but not merely setting a

17  constant temperature during processing without reference to the

18  temperature of the substance in the receptacle   The corresponding

19  structure is a heating element in the form of a resistive wire

20  disposed in, or resistive materials deposited on, the cover and a

21  power supply connected to the heating element

22  **14.**        <u>**"Means for Substantially Preventing Escape of Vapor from**</u>

23             <u>**the Receptacle"**</u>

24             '580 Claim 30  This is a means-plus-function term

25  pursuant to 35 U S C  § 112, ¶6   The claimed function is

26  substantially preventing the escape of vapor from the receptacle

27  The corresponding structure is a cover sized to cover the

28  receptacle and having resilient material to seal the receptacle

1                                    IV.

2              DISPUTED TERMS COMMON TO THE '606 AND '941 PATENTS

3                   The Court adopts the following claims constructions for

4      the disputed terms common to the '606 and '941 patents

5      1.         "Polymerized Gel [Useful for Electrophoresis]"

6                   '606 Claims 2, 3, 7, 8, 10-13, 16-20, '941 Claims 2, 3,

7      10, 11, 17, 18, 22-26, 28-36, 43, and 44  Polymerized gel is any

8      medium for electrophoresis containing cross-linked or uncross-

9      linked polymers capable of molecular sieving

10     2.         "Capillary"

11                  '606 Claims 2, 7-13 and 16-20, '941 Claims 2, 3, 10-12,

12     17, 18, 22-26, 28-36, 43, and 44  A coated tube having a small

13     internal diameter

14     3.         "Acrylamide"

15                  '606 Claim 12, '941 Claims 11 and 26  Acrylamide is the

16     chemical having the formula $C_3H_5NO$ or $CH_2CHCONH_2$, in either the

17     monomeric and polymeric form

18                                     V.

19               DISPUTED TERMS OF THE '606 PATENT

20     1.         "Filling the Capillary with a Polymerized Gel by an

21                Application of Force"

22                  '606 Claims 2, 7, and 11  Filling the capillary with a

23     polymerized gel by an application of force

24     2.         "Running a Solution into the Capillary to Remove Spent

25                Gel"

26                  '606 Claims 18 and 19  Running a solution other than

27     polymerized gel into the capillary to remove spent gel

28     //

                                      8

1                                         VI.

2                    DISPUTED TERMS OF THE '941 PATENT

3  1.         "[Filling] Means for Filling the Capillary with the

4             Polymerized Gel [Filling]"

5             '941 Claims 2, 3, 17, 28-33, 43, and 44   This is a means-

6  plus-function term pursuant to 35 U S C   § 112, ¶6   The claimed

7  function is filling the capillary with polymerized gel   The

8  corresponding structure is a vial, which is a small closed vessel,

9  that is placed under pressure

10 2.         "Means for Introducing the [a] Sample into the [Filled]

11            Capillary"

12            '941 Claims 2, 3, 17, 28-33   This is a means-plus-

13 function term pursuant to 35 U S C   § 112, ¶6   The claimed

14 function is introducing a sample into a capillary   The patent

15 discloses two alternative methods of introducing a sample into a

16 capillary  1) electromigration, and 2) pressure injection   The

17 corresponding structure for the electromigration are two electrodes

18 and a voltage supply   The corresponding structure for the pressure

19 injection method is a vial placed under pressure

20 3.         "Means for Performing Electrophoresis"

21            '941 Claims 2, 3, 17, 28-33   This is a means-plus-

22 function term pursuant to 35 U S C   § 112, ¶6   The claimed

23 function is performing electrophoresis   The corresponding

24 structure is a capillary containing a gel sieving matrix, vials,

25 two electrodes, and a voltage supply

26 //

27 //

28 //

4.        **"[Removing] Means for Removing a [the] [Spent] Gel from**
          **the Capillary so that it can be Refilled with [a]**
          **Polymerized Gel"**

          '941 Claims 2, 3, 17, 28-33  This is a means-plus-
function term pursuant to 35 U S C  § 112, ¶6   The claimed
function is removing spent gel from the capillary so that it can be
refilled with fresh gel.  The corresponding structure is a vial
placed under pressure

5.        **"The Removing Means Comprising a Rinsing Device Having a**
          **Solution for Expelling Spent Gel from the Capillary"**

          '941 Claims 2, 3, 17, 28-33  This is a means-plus-
function term pursuant to 35 U S C  § 112, ¶6   The claimed
function is expelling spent gel from the capillary using a solution
other than gel   The corresponding structure is a vial placed under
pressure

6.        **"Means for Automatic Control of the Operation of the**
          **Apparatus"**

          '941 Claims 3, 18, 29, 32, 34-36  This is a means-plus-
function term pursuant to 35 U S C  § 112, ¶6   The claimed
function is the automatic control of the operation of the apparatus
of a capillary electrophoresis system   The corresponding structure
is a microprocessor as disclosed in the specification at 2 61-63

7.        **"Means for Analyzing Electrophoretically Separated**
          **Components of the Sample"**

          '941 Claim 23  This is a means-plus-function term
pursuant to 35 U S C  § 112, ¶6   The claimed function is analyzing
electrophoretically separated components of a sample   The
corresponding structure is a detector as disclosed in the

1 | specification at 2 42

2 | **VII.**

3 | **CONCLUSION**

4 | In the absence of further order of Court, the foregoing

5 | claim and term construction shall apply in these proceedings

6 | IT IS SO ORDERED

7 | IT IS FURTHER ORDERED that the Clerk shall serve a copy

8 | of this Order on counsel for all parties in this action

9 | DATED   August 16, 2004

11 | _____
ALICEMARIE H  STOTLER
UNITED STATES DISTRICT JUDGE