MAURICIO FLORES, Cal. Bar No. 93304
E-mail: mflores@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
12544 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

GARY A. CLARK, Cal. Bar No. 65455
E-mail: gclark@sheppardmullin.com
DARREN M. FRANKLIN, Cal. Bar No. 210939
E-mail: dfranklin@sheppardmullin.com
BRIDGETTE A. CAREY, Cal. Bar No. 221900
E-mail: bcarey@sheppardmullin.com
DENNIS J. SMITH, Cal. Bar No. 233842
E-mail: djsmith@sheppardmullin.com
DANIEL C. MUNIZ, Cal. Bar No. 240477
E-mail: dmuniz@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

Attorneys for Plaintiff and Counter-Defendant
BECKMAN COULTER, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BECKMAN COULTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLERA CORPORATION, <br><br> Defendant. <br><br> AND RELATED COUNTER-CLAIMS. | Case No. SA CV 02-624 MRP (ANx) <br><br> **STIPULATION AND AGREED ORDER OF DISMISSAL** |

-1-

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, pursuant to FED. R. CIV. P. 41(a)(1) and (c), that all claims and demands asserted by the parties in this action shall be and hereby are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: July __, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
GARY A. CLARK

Attorneys for Plaintiff and Counter-Defendant
BECKMAN COULTER, INC.

Dated: July __, 2006

WEIL, GOTSHAL & MANGES LLP

By _____
VERNON M. WINTERS

Attorneys for Defendant and Counterclaimant
APPLERA CORPORATION

## ORDER

**IT IS SO ORDERED.**

Dated: July 12, 2006

_____
UNITED STATES DISTRICT JUDGE

-2-

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 333 South Hope Street, 48th Floor, Los Angeles, California 90071-1448.

On July 12, 2006, I served the following document described as STIPULATION AND AGREED ORDER OF DISMISSAL on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See attached Service List**

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 213-620-1398. The names and facsimile machine telephone numbers of the persons served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelopes to be delivered by hand to the office of the addressees.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 12, 2006, at Los Angeles, California.

_Lynda G. Johnson_
Lynda G. Johnson

## SERVICE LIST

Paul L. Gale, Esquire
Stradling Yocca Carlson & Rauth
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6441

Jeffrey G. Homrig, Esquire
Douglas E. Lumish, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065